IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SERAFINA LICCARDI and <br> ILLUMINATION PUBLICATION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FREDERICK W. SMITH, et al., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br> No. 3:21-CV-0314-E (BH) <br><br><br><br> Referred to U.S. Magistrate Judge |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. 58). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED:** December 27, 2022

_Ada Brown_
Ada Brown
UNITED STATES DISTRICT JUDGE

1